UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :     UNSEALING ORDER
    -v.-                            :
                                    :     14 Cr. 217
JOSE CARLOS BERGANTINOS DIAZ,       :
JESUS ANGEL BERGANTINOS DIAZ, and   :
PEI SHEN QIAN,                      :
                                    :
        Defendants.                 :
                                    :
------------------------------------x

Upon application of the United States of America, by and through Assistant United States Attorney Jason P. Hernandez, it is hereby ORDERED that Indictment 14 Cr. 217, which was filed under seal on March 31, 2014, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       April 21, 2014

                                        _____
                                        HON. KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 1 2014